IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**FIBRE CORPORATION,**
**TRIMEN WOOD PRODUCTS, LLC,**
**DONALD COX, & ORVAL GRAY**                                   **PLAINTIFFS**

**VS.**                                                 **CAUSE NO.   5:04CV170 BR SU**

**GSO AMERICA, INC., GSO**
**HOLDING, LLC, GSO MISSISSIPPI, LLC,**
**LATEX ORGANIC, LLC, &**
**HOPE AGRI PRODUCTS, INC.**                                    **DEFENDANTS**

### ORDER OF DISMISSAL WITH PREJUDICE
### AS TO GSO AMERICA, INC., GSO HOLDING, LLC, AND GSO MISSISSIPPI, LLC

This matter is before the Court on the motion *ore tenus* of the parties who hereby agree to the entry of this order dismissing GSO America, Inc., GSO Holding, LLC, and GSO Mississippi, LLC, from this cause with prejudice.  The Court is fully advised in the premises that all alleged causes of action against said defendants have been compromised and settled, and finds that the motion is well-taken and it is hereby

ORDERED AND ADJUDGED that this case is dismissed against GSO America, Inc., GSO Holding, LLC, and GSO Mississippi, LLC,  with prejudice, with each party to bear its own costs.

SO ORDERED AND ADJUDGED, this the 8th day of August, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT COURT JUDGE

AGREED TO AND APPROVED:

| | |
|---|---|
| s/Philip W. Gaines<br>PHILIP W. GAINES MB#_4368_____<br>Attorney for Plaintiff | s/C. Maison Heidelberg<br>C. MAISON HEIDELBERG, MB #9559<br>Attorney for Defendants, GSO America, Inc., GSO Holding, LLC, and GSO Mississippi, LLC, |