# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**FIBRE CORPORATION,**
**TRIMEN WOOD PRODUCTS, LLC,**
**DONALD COX, AND ORVAL GRAY**                                    **PLAINTIFFS**

**v.**                                                        **CAUSE NO. 5:04CV170BRSU**

**LATEX ORGANIC, LLC AND**
**HOPE AGRI PRODUCTS, INC.**                                      **DEFENDANTS**

## FINAL JUDGMENT

This matter having come before the Court for trial on August 15, 2006, the Court does hereby find, order and adjudge as follows:

1. All Plaintiffs entered a settlement agreement with GSO America, Inc., GSO Holding, LLC and GSO Mississippi, LLC ("the GSO Defendants") prior to commencement of trial, whereby the GSO Defendants would be fully and finally dismissed with prejudice;

2. The remaining parties having announced ready for trial, the Plaintiffs put on testimony and offered exhibits in support of the theories of liability remaining for trial as identified in the Amended Pretrial Order entered in this cause;

3. The Defendants LaTex Organic, LLC and Hope Agri Products, Inc. moved for judgment as a matter of law pursuant to Fed. R. Civ. P. 50;

4. By agreement of Plaintiffs and Defendants the Rule 50 motion was considered by the Court prior to Plaintiffs' presentation to the jury of damages proof;

5. For the reasons set forth in the Court's bench opinion rendered in open court on August 16, 2006, the Rule 50 judgment is well taken and should be sustained;

IT IS THEREFORE ORDERED AND ADJUDGED that all of Plaintiffs' claims against all Defendants be and the same are hereby dismissed with prejudice.  Costs are taxed to the Plaintiffs with regard to the causes of action of Plaintiffs against Hope Agri and LaTex.

SO ORDERED AND ADJUDGED this the 31st day of August, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

/s Philip Gaines
Attorney for Plaintiffs

/s Maison Heidelberg
Attorney for the GSO Defendants

/s John G. Corlew
Attorney for LaTex Organic, LLC
and Hope Agri Products, Inc.